## No. 10,825.

### THE STATE EX REL. AITKEN vs. RIGHTOR, JUDGE, ETC.

*Certiorari* does not lie, under Article 90 of the Constitution, to a District Court exercising its appellate jurisdiction over city courts, to determine whether oral or written proof should or not have been admitted and to correct an error, if any was committed, by the judge.

Such question could only be considered, if the case were appealable and on appeal, and this case is unappealable to this court.

APPLICATION for *Certiorari.*

*August Bernau* for the Relator.

The opinion of the court was delivered by

BERMUDEZ, C. J.    This is an application for a *certiorari.*    The complaint is that the District Judge has, while reviewing a judgment on appeal from a city court, admitted oral testimony, when written evidence only should have been received.

Under Article 90 of the Constitution, the jurisdiction of this court

does not extend over inferior courts, so as to review questions of this character, which can only be considered when properly prosecuted on appeal from the judgment on the merits, which does not lie in this case.

Application refused.